UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-cr-00161-AC |
| Plaintiff, | [Proposed] ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | |
| LAJU LEE, | |
| Defendant. | DATE: June 21, 2021<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-cr-00161-AC (ECF No. 8) is GRANTED.

It is further ordered that the status conference scheduled on June 21, 2021 (see ECF No. 7), is VACATED.

IT IS SO ORDERED.


Dated: June 21, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE